IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:13CR231 |
| | ) | |
| PATRICK A. HEDLUND, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

On the oral motion to continue by the defendant pro se,

**IT IS ORDERED** that the initial appearance is continued to **July 29, 2013 at 1:30 p.m.** before Magistrate Judge Thomas D. Thalken, Courtroom No. 7, Second Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.  The clerk shall mail a copy of this order to the defendant at his address, P.O. Box 3247, Eagle, Colorado 81631.

Since this is a criminal case, the defendant must be present unless excused by the Court.

DATED this 16th day of July, 2013.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge